UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK A. JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:07-0645 |
| | ) Judge Echols |
| NISSAN NORTH AMERICA, INC., | ) ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, Plaintiff Mark A. Jones' Motion for Judgment as a Matter of Law and Alternative Motion for a New Trial (Docket Entry No. 117) is hereby DENIED.

It is so ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE