# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

MARK A. JONES,                    )
                                  )
    Plaintiff,        )
                                  )    NO. 3:07-0645
v.                                )    JUDGE HAYNES
                                  )
NISSAN NORTH AMERICA, INC.,       )
                                  )
    Defendant.        )

## O R D E R

The Court has been advised by counsel that all remaining matters and things in controversy in this action have been compromised and settled.

This action is **DISMISSED** without prejudice to the right, upon good cause shown within thirty (30) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

**ENTERED** this the _17_ day of January, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge