IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK A. JONES, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:07-0645 |
| | ) JUDGE HAYNES |
| NISSAN NORTH AMERICA, INC., | ) |
| Defendant. | ) |

## O R D E R

The Court has been advised by counsel that all remaining matters and things in controversy in this action have been compromised and settled.

This action is **DISMISSED** without prejudice to the right, upon good cause shown within thirty (30) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

ENTERED this the 17th day of January, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge